# TIFFANY & BOSCO
#### P.A.

**2525 EAST CAMELBACK ROAD**
**THIRD FLOOR**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Secured Creditor

10-00839/1044896318

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Griego and Katherine Griego | No. 2:09-bk-32561-GBN |
| Debtors. | Chapter 13 |
| First Franklin Financial Corporation | OBJECTION TO 13 PLAN |
| Secured Creditor, | |
| vs. | |
| David Griego and Katherine Griego, Debtors; Russell A. Brown, Trustee. | |
| Respondents. | |

First Franklin Financial Corporation, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed 13 Plan filed by the Debtors for the following reasons:

1. First Franklin Financial Corporation, files this response to the proposed 13 Plan of the Debtors. The Chapter 13 Plan provides for an impermissible cram down of First Franklin Financial Corporation's lien interest on the real property commonly known as 951 S. 240th St., Buckeye AZ 85326.

2. First Franklin Financial Corporation objects to the value of the subject real property as Debtors arbitrarily proposes that the fair market value of Secured Creditor's claim is without providing

any legal or factual authority for such capricious treatment. Such modification is simply not supported by the Bankruptcy Code or the facts of this case. Further, the Plan is not confirmable because it violates 11 USC Section Chapter 13 1322(b)(2) by attempting to modify First Franklin Financial Corporation's rights as a secured creditor holding a lien position secured by the debtors principle residence. 11 USC Section Chapter 13 1322(b)(2) provides in part:

> Subsection (B) Subject to subsection (a) of this section, a Plan may…
>
> Subsection (5) Modify the rights of holders of secured claims, other than a claim secured only by security interest in real property that is the Debtors principle residence…

Because the Plan attempts to modify the rights of First Franklin Financial Corporation's claim secured by a lien interest in the property, which is the Debtor's personal residence, the Plan violates 11 USC Section Chapter 13 1322(b)(2) and therefore is not confirmable.

WHEREFORE, secured creditor prays as follows:

(1) That the 13 Plan be denied.

(2) For such other relief as this Court deems proper.

DATED this 14th day of January, 2010.

          Respectfully submitted,

          TIFFANY & BOSCO, P.A.

          BY   /s/ MSB # 010167
              Mark S. Bosco
              Leonard J. McDonald
              Attorneys for Secured Creditor

COPY of the foregoing mailed
January 14, 2010 to:

David Griego and Katherine Griego
951 South 240th Drive
Buckeye, AZ 85326
Debtors

| | |
|---|---|
| 1 | Joseph W. Charles |
| 2 | P.O. Box 1737<br>Glendale, AZ 85311-1737 |
| 3 | Attorney for Debtors |
| 4 | Russell A. Brown |
| 5 | 3838 N. Central Ave<br>Suite 800 |
| 6 | Phoenix, AZ  85012-1965<br>Trustee |
| 7 | By: Julie Purvis |