# TIFFANY & BOSCO
### P.A.

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-00839

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| IN RE: | No. 2:09-bk-32561-GBN |
|---|---|
| David Griego and Katherine Griego Debtors. | Chapter 13 |
| First Franklin Financial Corporation | MOTION TO WITHDRAW MOTION FOR RELIEF FROM THE AUTOMATIC STAY |
| Movant, vs. | (Relating to docket #20) |
| David Griego and Katherine Griego, Debtors; Russell A. Brown, Trustee. | |
| Respondents. | |

Movant, First Franklin Financial Corporation, by its attorney undersigned, moves to withdraw its

…

…

…

…

…

…

Motion for Relief from Automatic Stay without prejudice. Debtor has brought the loan current.

DATED this 21st day of April, 2010.

Respectfully submitted,

TIFFANY & BOSCO, P.A.


BY  /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    Attorneys for Movant

COPY of the foregoing mailed
April 21, 2010 to:

David Griego and Katherine Griego
951 South 240th Drive
Buckeye, AZ 85326
Debtors

Joseph W. Charles
P.O. Box 1737
Glendale, AZ 85311-1737
Attorney for Debtors

Russell A. Brown
3838 N. Central Ave Suite 800
Phoenix, AZ 85012-1965
Trustee

By  Julie Purvis